# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 22-3077**

**September Term, 2023**

FILED ON: OCTOBER 16, 2023

UNITED STATES OF AMERICA,
APPELLEE

v.

OWEN WILLIAMS,
APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:02-cr-00273)

———

Before: KATSAS and RAO, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

## J U D G M E N T

The Court considered this appeal on the record from the United States District Court for the District of Columbia and on the briefs of the parties. *See* Fed. R. App. P. 34(a)(2); D.C. Cir. R. 34(j). For the reasons given by the district court, it is

**ORDERED AND ADJUDGED** that the order of the district court, filed on August 9, 2022, be affirmed. Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc*. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk